Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
Sophy Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
Peri-Elle Cabagnot, State Bar No. 301784
*peri-elle@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

Attorneys for Plaintiff
JENNIFER RONDINELLI REILLY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RONDINELLI REILLY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO URBAN ADVENTURE CLUB, a California unincorporated association; ANDREW HUANG, an individual; and DOES 1-5,<br><br>Defendants. | No.: 3:16-cv-4057<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT

JENNIFER RONDINELLI REILLY ("Plaintiff" or "Reilly") hereby alleges for her complaint against SAN FRANCISCO URBAN ADVENTURE CLUB ("SFUAC"), ANDREW HUANG ("Huang"), and DOES 1–5 (collectively, "Defendants") upon personal information as to Plaintiff's own activities, and upon information and belief as to the activities of others, as follows:

## I.   JURISDICTION AND VENUE

1. This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a claim for copyright infringement arising under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

2. This Court has personal jurisdiction over SFUAC because it is a San Francisco unincorporated association and conducts substantial business in California and this judicial district.

3. This Court has personal jurisdiction over Huang because he is domiciled and resides in California and this judicial district.

4. Venue is appropriate pursuant to 28 U.S.C. § 1391(b)(1)–(3).

## II.   PARTIES

5. Reilly is an individual and resident of Wisconsin.

6. SFUAC is a San Francisco unincorporated association.

7. Huang is an individual and resident of California. He is the founder of SFUAC.

## III.   FACTS

**A.   Reilly created copyrightable photographs and registered them with the U.S. Copyright Office.**

8. Reilly is a fine art photographer. Reilly's business is based on licensing and selling photographs she creates.

9. She owns all rights to an image of store mannequins dressed in costume (the "Infringing Image"). The Infringing Image was taken at Haight-

1
COMPLAINT

1  Ashbury, a district in San Francisco, California.

2      10.    Reilly registered the Infringing Image with the U.S. Copyright Office and obtained Copyright Registration No. VA 1-987-434 (September 10, 2015). A true and correct copy of the registration is attached as Exhibit A.

**B. SFUAC and Huang published and displayed a copy of Reilly's copyrighted photograph on SFUAC's public website without license or permission.**

    11.    Huang founded SFUAC, a San Francisco social club, on or around January 2015. To promote its club, SFUAC maintains a website located at <www.meetup.com/San-Francisco-Urban-Adventure-Club>. Huang controls SFUAC's website and determines which photographs are displayed on the website.

    12.    On or around April 2016, Reilly discovered that SFUAC was displaying a copy of the Infringing Image on its website without license or permission. Attached as Exhibit B is a true and correct copy of a screenshot of SFUAC's infringing use.

    13.    Shortly thereafter, Reilly sent SFUAC and Huang a notice by email informing them of the infringing use.

## IV.   CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT

    14.    Plaintiff hereby incorporates Paragraphs 1–13 by reference.

    15.    Plaintiff is, and at all relevant times has been, the owner of the copyright in the Infringing Image.

    16.    The Infringing Image is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

    17.    Plaintiff has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

    18.    Plaintiff registered the copyright in the Infringing Image with the United States Copyright Office.

19. Plaintiff has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the Infringing Image, (2) prepare derivative works based on the Infringing Image, (3) distribute copies of the Infringing Image, and (4) display the Infringing Image publicly.

20. Without the permission or consent of Plaintiff, the Infringing Image was reproduced, derivative works were made from it, copies were distributed of it, and it was displayed on SFUAC's website.

21. Plaintiff's exclusive rights in the Infringing Image were violated.

22. Defendants induced, caused, or materially contributed to the infringement.

23. Defendants had actual knowledge of their infringement.

24. Defendants acted willfully.

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff asks this Court to enter judgment against Defendants and all persons acting in concert or participation with Defendants, granting the following relief:

1. Temporary and permanent injunctions preventing and restraining infringement of the Infringing Image by Defendants under 17 U.S.C. § 502;

2. An order requiring the destruction of all copies made by or under the control of Defendants of the Infringing Image and all articles by which such copies may be reproduced under 17 U.S.C. § 503;

3. An award of the actual damages suffered by Plaintiff as the result of Defendants' infringement plus the profits of Defendants attributable to the infringement under 17 U.S.C. § 504(b);

4. Alternatively, if Plaintiff so elects, an award of statutory damages for each infringement under 17 U.S.C. § 504;

5. A judgment that Defendants' infringement was willful and an increased statutory damage award under 17 U.S.C. § 504(c)(2);

6. An award of Plaintiff's full costs including a reasonable attorney's fee under 17 U.S.C. § 505; and

7. For such other and further relief as may be just and proper under the circumstances.

Dated July 19, 2016.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

By: *Peri-Elle Cabagnot*
Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
Sophy Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
Peri-Elle Cabagnot, State Bar No. 301784
*peri-elle@newmanlaw.com*

Attorneys for Plaintiff
JENNIFER RONDINELLI REILLY

# JURY DEMAND

Pursuant to FED. R. CIV. P. 38(b), Plaintiff demands a trial by jury of all issues presented in this complaint which are triable by jury.

Dated July 19, 2016.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

By: *Peri-Elle Cabagnot*
Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
Sophy Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
Peri-Elle Cabagnot, State Bar No. 301784
*peri-elle@newmanlaw.com*

Attorneys for Plaintiff
JENNIFER RONDINELLI REILLY